In the United States District Court

For the District of Rhode Island
(Form mailed 18 May, 2007)

Vladimir Saykin
Wyatt Detention Center
950 High street
Cenral Falls, RI 02863

Enter above the full name of the plaintiff in this action.

CA 07 182 ML

v.

Civil Action No. ______

Donald W. Wyatt
Detention Facility

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______

Defendants: ______

2. Court (if federal court, name the district; if state court, name the county):

______

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☒

B. If your answer is YES:

1. What steps did you take? I fild a Requests for help at the law library including an interpreter

2. What was the result? We Do Not provide interpreters, other word Denied

C. If your answer is NO, explain why not: ______________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Vladimir Saykin

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant Donald W. Wyatt Detention Facility is employed as I.N.S at Hardford. Connecticutt

C. Additional Defendants: ______________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.) (1) Religious service, (2) no books or newspaper available in my language. (3) No TV. (4) No interpreters for legal mail or the law labrary. (5) I'M unable to call my family because for some reasons the numbers has been denied. (6) I have made a reqest for medical treatment and have had No attention. (7) When I make phone calls the recording on the phone says that I am an inmate, I'M not inmate I'M a Detainee. (8) I'M detained in the same block with other serious criminals and some of them are olredy sentensed. (9) Denied me an attorney for represent me in immigration court.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.) ~~I the~~ To provide me with the followings: (a) Books, newspapers, TV, in my language. (b) translator for legal mail and law labrary. (c) to pay me 3.000.000. three million dollars for the damage already caused to me.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 18 day of May, 2007.

x Vladimir Saytin
Signature of plaintiff

Wyatt Detention Center
950 High Street
Central Falls, RI 02863
Complete address of plaintiff