**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VLADIMIR SAYKIN**

**v.** **C.A. No. 07 - 182 ML**

**DONALD W. WYATT DETENTION FACILITY**

**<u>O R D E R</u>**

Vladimir Saykin filed a Complaint on May 21, 2007, complaining of the conditions he faces while detained at the Donald W. Wyatt Detention Center. Plaintiff also filed a motion to proceed *in forma pauperis*. <u>See</u> 28 U.S.C. § 1915. However, plaintiff neglected to include, along with his motion to proceed *in forma pauperis*, a copy of his prison trust account statement for the preceding six months. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall submit, within twenty days of the date of this order:

1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **<u>from November 20, 2006 to May 20, 2007.</u> Said copy must show the credit to, and the monthly balances therein.**

Failure to comply with this order will result in a dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 31 May 07