**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VLADIMIR SAYKIN**

**v.** **C.A. No. 07 - 182 ML**

**DONALD W. WYATT DETENTION FACILITY**

**<u>ORDER</u>**

*Pro se* plaintiff Vladimir Saykin's motion to proceed in forma pauperis is denied as moot. The filing fee has been paid in this action.

**IT IS SO ORDERED**

Jacob Hagopian
Senior United States Magistrate Judge
June 19, 2007