RECEIVED
JUL 17 2007
Property of the U.S. District Court
District of Rhode Island

-1-

July 9, 2007 8:30 P.M. I was in the day Room on "C" block. The officer on the block told me, I had to go to R and D and to be ready.

When officer Selford came to escort me I asked him why I was going? He said he did not know. I requested my legal paper and he said O.K. I went to my cell and got it, the C.O Selford and my cellmate had a conversation. The C.O. Selford locked the door and called special ops. When the special ops came two sargeants Sgt Pitts and another sargeant I do not know his name so I will call him sgt #1, officer Selford and officer Storm. Sgt #1 said he had to take me to some place for investigation. I told him I would like to bring my legal paper with me. He said I will take care of that.

They handcuffed me and sgt #1 and officer Storm took me, and my legal papers to the medical unit. I was in the medical unit in handcuffs for three hours. Nobody told me why I was there. Sgt #1 put the legal papers next to the cell. At about 11:00 P.M. Sgt Pitts took the legal paperwork and left. About 1/2 hour later officer Storm escorted me to the segregation unit. On the way to the segregation unit we passed an office where I saw Sgt #1 reading my legal paper work.

When I got to segregation they stripped me, searched me and put me into the cell.

I was in the segregation cell for about 14 hours without blankets, sheets or toiletries. While I was there and asked the officers to give me my stuff. Finally officer Dixon brought me a plastic bag with my legal paper, toiletries. Everything was wet my legal papers were ruined, My radio and headphones were missing everything was destroyed. It took me 3 months and lots of money to obtain this material from Russia, for the court. All my civil paper were also destroyed. I think that somebody from this facility destroyed all my legal papers on purpose. I would like to know

① Why am I in segregation?

② Why was my legal paper work destroyed?

③ Who will compansate for my radio, cosmetics and legal material?

I would like to receive in writing answers to all my questions in 5 business days according to immigration detainee rights and please have notarized.

Thank you for your consideration.

Vladimir. Saykin.

Saykin

Vladimir Saykin July 15, 2007

RE: Civil Docket Number: 1:07-CV-00182-ML-JH

RECEIVED
JUL 17 2007
Property of U.S. District Court
District of Rhode Island

After numerous requests to be seen by the Doctor for pains in my Liver Region, on June 6, 2007 I was finally seen by DR. Reidel. I informed DR. Reidel That I had been Diagnosed with Hepatitis C prior to my incarceration and was in need of Medication to treat it. I told him I had a copy of my Medical Record that gave proof to my statement. He said that I would have to have a blood test to confirm my already confirmed Diagnosis. At this time he refused to give me any Medication to treat my Hepatitus C. To this Date he has not given me any treatment for relief.

During that same visit DR. Reidel stated that I had shown A positive Reaction to the PPD (Tubercules skin test) and said He was going to order me to take the Medication I.N.H. and vitamin B-6 for six (6) months. I informed DR Reidel that I had already received that treatment in 1993 and that my Medical Record also reflected that as well. He said, "I am prescribing you to take this medicine and if you refuse you will be put in to segregation". As I.N.H. is toxic to the Liver, it caused me extreme pain. I Requested to go back to the Doctor after 2 weeks of treatment again I told him I had Already received the treatment and that if He checked my Medical record He would see that. Finally He Looked at my Record and said, "oh I Made a Mistake". He discontinued my treatment for TB. DR Reidel still refused treatment for my Hepatitus C at that time.

Vladimir Saykin
Saykin