**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VLADIMIR SAYKIN**

**v.** **C.A. No. 07 - 182 ML**

**DONALD W. WYATT DETENTION FACILITY**

# ORDER

On May 21, 2007, Vladimir Saykin filed a Complaint complaining of the conditions he faces while detained at the Donald W. Wyatt Detention Center. However, it does not appear that the plaintiff has yet served the defendant. The Court reminds the plaintiff that, pursuant to Fed. R. Civ. P. 4(m), service must be accomplished within 120 days of the filing of the Complaint.

Accordingly, plaintiff is hereby **ORDERED** to effect service on the named defendant in accordance with Fed. R. Civ. P. 4. See Fed. R. Civ. P. 4.

IT IS SO ORDERED.

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
Date: 8/27/07