Vladimir Saykin A 071048512
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

RECEIVED
OCT 24 2007
Property of U.S. District Court
District of Rhode Island

Wayne T. Salisbury, Warden
sgt. Pitts, sgt Allard
officer Selford
officer Strom
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

oct 10, 2007

On July 9, 2007 I for no reason, was put in segregation where my legal papers were destroyed by water. Because of this I wrote a grievance letter (copy included)

And on september 7, 2007 I finally recieved a answer. According to ICE Detention Standard Procedures an answer to my grievance was suposed to be given to me within five working days.

In the memorandum which I recived from the warden (copy included) he said the following:

1. "I was never put in segregation, but was placed in B-block for about 24 hours pending investigation."

At the time the incedent occured, B-block was being used as segregation. If you look on the first page of my grievance, it was dated on July 12 and my location was cell 20 in B-block. According to this you can see that I was still in B-block 72 hours after I was placed there and not 24 hours according to the wardens answer.

2. Regarding my second question the warden answered, "That damages to my legal papers was minimal." This again is not true.

While in B-block I was taken to interrogation. The reason why I was put in this block was not given. The next day investigator R. Letonrneau threatened me and confiscated my Russian-English dictionary so I would not be able to work on my case because Wyatt Detention Facility does not provide any Russian interpreter, even though I have asked countless time for help, in which they would not provide. (copy included)

When I asked R. Letonrneau why my legal material was destroyed, he said he woud have Ms. Cruz check to see if my papers and other property really were destroyed. After checking it out she came back and confirned that they were destroyed.

3. Regarding the third answer

It is true that I bought Radio on August 10 But the radio that was destroyed was another detainees radio, for he had let me use it. Henceforth I was responsible for that radio. Also various items which I bought were also destroyed food, headphones ect...

Notwithstanding warden Salisbury's memorandum claiming that I was placed in B-block, not segregation, that is a distinction without a difference. Segregation is a highly enhanced form of detention with severe restrictions on my movement and privileges. In essence, it is further punishment and humilation, which is exactly what I experienced for 72 hours in B-block. The claim of the warden that I was placed in B-block rather than segragation is false and misleading.

Before putting me in B-block I was led to a cell in a medical block where I was left wearing handcuffs for over four hours. After that sgt. Pitts, officer Selford and officer Strom took me to another part of Jail where they forcefolly stripped me down naked. They took my clothes and were loughing at me. After indulging in their perverse pleasure, I was taken to B-block which for all intents and purposes is segregation.

It is clear that I was being subjected to harassment, intimidation and punishment by sgt. Pitts, officer Selford and officer Strom in retribution for my complaint concerning the condition at Wyatt Detention Facility

I will be very greatful to you if you will be able to take the appropriate measures and stop those inhumane acts, so no one else goes throgh the same cruelty and unusual punishment I suffered through

And I would like to start civil case against the warden Salisbury, sgt. Pitts, officer Selford, officer Strom.

If no action by the court is taken in this matter and in a timely fashion, I will have no choice other than to take further action myself in which case I will use all my resources available to me and my family in getting this resolved, for the sake that this does not happen to any one else in the future.

Thank you very much for your time in regarding my letter

United States Department of Justice
Immigration and Naturalization Service

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Detainee Name: Vladimir Saykin A# 071048512 Grievance #: ____ Housing Unit: B-2C

Complaint / Comments: The space provided was not big enough for my complaints. See 2 attached pages

Action requested by detainee: I would like to receive in writing answers to all my questions in 5 business days. according to immigration detainee Rights, and Notarized.

Detainee Signature: Saykin Date / time: 07.12.07 3:45PM
Housing Unit Officer: [signature] Date / time: 07-12-07 3:47PM

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

Detainee Signature: ____________ Date / time: ____________
Staff Member: ____________ Date / time: ____________
Supervisory Review: ____________ Date / time: ____________

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation [ ] Detention [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: ____________

Dep. Head: ____________
Dep. Staff: ____________ Dep. Staff ____________
Date of Findings: ____________ Date Returned to Detainee: ____________

***(Detainee return within five days of receipt and check the appropriate box)***

I would like this matter:

☐ Referred to the Detainee Grievance Committee (DGC).

☐ I agree with the resolution.

Detainee Signature: ____________ Date / time: ____________
Housing Unit Officer: ____________ Date / time: ____________

4 copy

CENTRAL FALLS
DETENTION FACILITY CORPORATION

# MEMORANDUM

**TO:** Detainee Vladimir Saykin, Pod L

**FROM:** Wayne T. Salisbury, Jr., Warden

**DATE:** September 7, 2007

**RE:** Legal Paperwork

I received your recent letter in which you pose three questions: 1) why you were placed in segregation; 2) why was your legal paperwork destroyed; and 3) who will compensate you for your radio, cosmetics and legal paperwork. I will answer your questions in order.

Firstly, you were never placed in Segregation. You were locked down for approximately 24 hours in B pod pending an investigation.

Secondly, your legal paperwork did receive some water damage due to another detainee tampering with a sprinkler causing the area where your paperwork was located to be flooded. Your paperwork was searched by the Captain who noted that your paper work received minor damage.

Thirdly, your request to receive compensation for your radio is without merit. A review of your property listing and commissary purchases indicate that you never purchased a radio until August 10, 2007. The date of the incident you question occurred on July 9, 2007. If you did in fact have a radio prior to the August 10 purchase, it was one you received from another detainee which would be considered contraband, meaning you were not authorized to have it in your possession. Therefore, your request for compensation is denied.

WTS/db

cc J. Singleton, Programs Administrator
MAJOR F. Botelho, Chief of Security

DONALD W. WYATT DETENTION FACILITY

DETAINEE REQUEST FORM
DEMANDA DE DETENIDO

CORNELL

Name / El Nombre: Vladimir Saykin

Date / La fecha: 30.04.07 Housing / Casa: L-28

INSTRUCTIONS: Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
LAS INSTRUCCIONES: Por favor verifique el problema o área de la demanda. Sea específico sobre qué acción que usted quiere. Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Renucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifio
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☐ Other, specify / Otro, especifiqo

Request / La demanda: I would like to have interbreter for law librarY thank You

Detainee signature/Detenido La firma: [signature] Date / La fecha: 30.04.07

Staff receiving the request/Peronal que recibe la demanda: [signature] Date / La fecha: 4/30/07

Action taken / Accion tomada:
WE DO NOT PROVIDE INTERPRETERS HOWEVER MR FAICEZ IS A LAW CLERK AND WILL HELP YOU LOCATE THINGS

Response / La contesta:

Staff Signature/ La firma: [signature] Date / La fecha: 5-16-07

Original — Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado
Copy 1 — Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada
Copy 2 — Retained by inmate at time of request / Copie 1 - Completó forma devuelta al preso con acción notada

-1-

July 9, 2007 8:30 P.M. I was in the day Room on "C" block. The officer on the block told me, I had to go to R and D and to be ready.
When officer Selford came to escort me I asked him why I was going? He said he did not know. I Requested my legal paper and he said O.K. I went to my cell and got it, the C.O. Selford and my cellmate had a conversation. The C.O. Selford locked the door and called special ops. When the special ops came two sargeants Sgt Pitts and another sargeant I do not know his name so I will call him sgt #1 officer Selford and officer Storm. Sgt #1 said he had to take me to some place for investigation, I told him I would like to bring my Legal paper with me. He said I will take care of that.
They handcuffed me and sgt #1 and officer Storm took me, and my legal papers to the medical unit. I was in the medical unit in handcuffs for three hours. Nobody told me why I was there. Sgt #1 put the legal papers next to the cell. At about 11:00 P.M. Sgt Pitts took the legal paperwork and left. About 1/2 hour later officer Storm

When I got to segrigation they stripped me, searched me and put me into the cell.

I was in the segregation cell for about 14 hours without blankets, sheets or toiletries. While I was there and asked the officers to give me my stuff. Finally officer Dixon brought me a plastic bag with my legal paper, toiletries. Everything was wet my legal papers were ruined, my radio and headphones were missing everything was destroyed. It took me 3 months and lots of money to obtain this material from Russia, for the court. All my civil paper were also destroyed. I think that somebody from this facility destroyed all my legal papers on purpose. I would like to know

① Why am I in segregation?

② Why was my legal paper work destroyed?

③ Who will compansate for my radio, cosmetics, and legal material?

I would like to receive in writing answers to all my questions in 5 business days according to immigration detainee rights and please have noterized.

Thank you for your consideration.

Vladimir Saykin.

Saykin

Linda [illegible] - notary

exp 9/27/08 7/17/07