**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VLADIMIR SAYKIN**

**v.** **C.A. No. 07 - 182 ML**

**DONALD W. WYATT DETENTION FACILITY**

## ORDER TO SHOW CAUSE

Plaintiff Vladimir Saykin, *pro se*, a detainee incarcerated at the Donald W. Wyatt Detention Facility, filed this instant action on May 21, 2007, and named as defendant the Donald W. Wyatt Detention Facility. However, to the date of this Order, plaintiff has not effected service on the named defendant.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE,** in writing, within ten days, why this instant action should not be dismissed for a failure to effect service on the named defendant in a timely manner. See Fed. R. Civ. P. 4(m)(providing a 120 day period in which to effect service).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
October 26, 2007