UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 02 2007
Property of U.S. District Court
District of Rhode Island

Vladimir Saykin
v.
Donald W. Wyatt Detention Facility

C.A. NO 07-182 ML

MOTION TO SHOW CAUSE;
REQUEST FOR ORDER OF SERVICE.

Plaintiff Vladimir Saykin, pro se, hereinafter "Plaintiff" in response to the Court's order to show cause why this instant action should not be dismissed for a failure to effect service on the named defendant, asks the Court to consider the facts set forth below.

1. Plaintiff has been incarcerated at the Donald W. Wyatt Detention Facility since 20 april, 2007

2. Plantiff made Request of facility employee Jean Singleton to facilitate the sepvice of summons on June 26, 2007

3. Plaintiff personally gave counselor Susan Devonis a copy of Notice of Lawsuit and Request for Waiver of Service of Summons (form AO399) in order to effect service on defendant on July 2, 2007

Saykin V. D.W. Wyatt Det. Fas. C.A. No 07-182 ML

(4) Plaintiff mailed to his sister Tanya Shlemanov another copy of Notice of Lawsuit and Request for waiver of Service of Summons in order that she effect service on defendant by Certified Mail, which she did on September 27, 2007 Receipt No. 7006 3450 0000 6867 7782.

5. Plaintiff asserts that copies referenced in No.3 and 4 above we properly filled out and signed, and Plaintiff believes he exercised a diligent effort to effect proper service on defendant, within the limits of his ability, due to his incarceration at Wyatt.

6. Untill Plaintiff received on October 29, 2007 the court's ORDER TO SHOW cause dated October 26, 2007, signed by U.S. Magistrate Judge Hagopian he belieded Plaintiff had been properly served

WHERE FORE, considering the foregoing facts Plaintiff requests the Honorable court to exercise its discretion and order the U.S. Marshal to effect service on the named defendant in the instant action

Plaintiff further requests the Honorable Court to extend the period in which to effect service until such time that the U.S Marshal is able to properly serve the defendant, should such an extension of time be necessary.

Respectfully submitted

Vladimir Saykin

Saykin V. D.W. Wyatt Det. Fas CA 07-182 ML

I, Vladimir Saykin, declare under penalty of perjury and pursuant to Title 28, United States Code, section 1746, that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 30th day of october, 2007

Respectfully,

Vladimir Saykin
Vladimir Saykin