**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**VLADIMIR SAYKIN**

**v.** **C.A. No. 07 - 182 ML**

**DONALD W. WYATT DETENTION FACILITY**

**ORDER**

Plaintiff Vladimir Saykin, *pro se*, a detainee incarcerated at the Donald W. Wyatt Detention Facility, filed this instant action on May 21, 2007, and named as defendant the Donald W. Wyatt Detention Facility. However, as of October 26, 2007, plaintiff had not effected service on the named defendant and this Court ordered the plaintiff to show cause, in writing, within ten days why this instant action should not be dismissed for a failure to effect service in a timely manner. See Fed. R. Civ. P. 4(m)(providing a 120 day period in which to effect service).

Plaintiff timely provided a response to the show cause order, indicating that he thought he had served the named defendant and seeks (1) an extension of time to effect service, and (2) an order directing the U.S. Marshal to serve the defendant. Accordingly, it is hereby **ORDERED**:

1. The show cause order is discharged;

2. Plaintiff's motion for an extension of time to effect service is hereby **GRANTED**. Plaintiff shall serve the defendant on or before December 6, 2007; and

3. Plaintiff's motion to have the U.S. Marshal Service serve the defendant is **DENIED**. Plaintiff is not proceeding in this action *in forma pauperis;* therefore he is directed to hire a constable to serve the defendant.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
November 6, 2007