Vladimir Saykin
D.W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

November 12, 2007

Magistrate Judge Jacob Hagopian
U.S. District Court, District of Rhode Island
One Exchange Terrace
Federal Bldg. and Courthouse
Providence, RI 02903

RE: C.A. No. 07-182 ML
Vladimir Saykin v. Donald W. Wyatt Detention Facility

Dear Hon. Magistrate Judge Hagopian,

I, Vladimir Saykin, pro se plaintiff in the above referenced civil action, hereby notice the Court that I have given my Power of Attorney to my sister, Tatiyana Shlemanova, 14 Katie way, Springfield, MA 01128, in all matters relating to the prosecution of said civil action. I respectfully request that you inform the defendant, if required, and have the clerk of court file this letter into the case.

Further correspondence from the Court regarding said civil action should be directed to Tatiyana Shlemanova at the above address.

Sincerely and without prejudice,
Vladimir Saykin