**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

VLADIMIR SAYKIN

v. C.A. NO. 07-182-ML

DONALD W. WYATT
DETENTION FACILITY

**DR. JOHN RIEDEL AND CORNELL CORRECTIONS OF R.I., INC.'S MOTION TO ENLARGE TIME TO ANSWER COMPLAINT**

Dr. John Riedel and Cornell Corrections of RI, Inc. hereby move to enlarge the time to file an Answer to the Complaint filed by the Plaintiff, Vladimir Saykin. The Plaintiff named Donald W. Wyatt Detention Facility as a defendant in the caption of the Complaint, but apparently served Dr. Riedel.

As grounds, the Defendant states that the records and documentation related to the Plaintiff's claims are voluminous. Further, the number of people alleged to have been involved or witnessed the circumstances giving rise to those claims is great. Counsel for Dr. Riedel and Cornell of RI, Inc. is in need of a brief period of additional time to review those records and interview many of those individuals in order to respond to the specific allegations set forth in the Plaintiff's Complaint. No prejudice could come to the Plaintiff as a result of this brief enlargement of time. The Plaintiff's Complaint was apparently served on Dr. Riedel and Cornell Corrections of R.I., Inc. on November 30, 2007.

WHEREFORE, Dr. John Riedel and Cornell of RI, Inc. requests entry of an Order extending the time within which they must answer or otherwise respond to the Plaintiff's Complaint to January 30, 2008.

DR. JOHN RIEDEL and
CORNELL CORRECTIONS OF RI, INC.
By their attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Vladimir Saykin
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

I hereby certify that on the 21st day of December, a true copy of the foregoing document was served upon each attorney of record, (or pro se litigant), listed above by electronic filing and mailing of this document with the U.S. District Court for the District of Rhode Island.

/s/ Dennis T. Grieco II