UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VLADIMIR SAYKIN

v. C.A. NO. 07-182-ML

DONALD W. WYATT
DETENTION FACILITY

**DR. JOHN RIEDEL AND CORNELL CORRECTIONS OF R.I., INC.'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Dr. John Riedel (hereinafter "Dr. Riedel") and Cornell Corrections of R.I., Inc. (hereinafter "Cornell") hereby move this Honorable Court for an order dismissing the Plaintiff's Complaint pursuant to Fed.R.Civ.P.12. In support thereof, Dr. Riedel and Cornell rely upon their memorandum of law, filed herewith.

WHEREFORE, Dr. Riedel and Cornell respectfully request that their motion be granted.

DR. JOHN RIEDEL and
CORNELL CORRECTIONS OF RI, INC.
By their attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Vladimir Saykin
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

I hereby certify that on the 30th day of January 2008, a true copy of the foregoing document was served upon the pro se litigant listed above by first-class mail.

/s/ Dennis T. Grieco II

_____________________________________