UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VLADIMIR SAYKIN

v. C.A. 07-182ML

DONALD W. WYATT DETENTION CENTER

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated April 29, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's Motion to Dismiss is hereby GRANTED.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
May 19, 2008

Entered as an Order of this Court on May 20 , 2008

Barbara Barletta
Deputy Clerk