# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**VLADIMIR SAYKIN**

**Vs.** **C.A. NO. 07-182ML**

**DONALD W. WYATT DETENTION CENTER**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Donald W. Wyatt Detention Center, against the plaintiff, Vladimir Saykin, pursuant to the Order dated May 19, 2008 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian. The defendant's Motion to Dismiss is here by GRANTED.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: May 20, 2008